UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    John J. O'Donnell, Jr. :
    Regina O'Donnell :
           Debtor(s) : NO.  16-10006 MDC

**O R D E R**

**IT IS HEREBY ORDERED AND DECREED THAT:** Debtor's counsel's

Application for Allowance of Compensation in the amount of $3,500.00 is approved.

(Debtor paid $2,000.00 of it prior to bankruptcy filing)

Date: August 22, 2016

_____
                                    J.