UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Regina O'Donnell | : |
|     John J. O'Donnell, Jr. | : |
|        Debtors | : |
| | : NO.  16-10006 MDC |
| MidFirst Bank | : |
|      Movant | : DATE: May 29, 2018 |
| | : |
| Regina O'Donnell | : TIME: 10:30 a.m. |
| John J. O'Donnell, Jr. | : |
|       Debtors | : COURTROOM: 2 |
|                : | |
| William C. Miller, Esquire | : |
|      Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Debtors' Answer to Midfirst

Bank's Motion for Relief was served  upon  the following  parties by mailing such copies by  first

class, postage prepaid  or by electronic means on May 23, 2018,  to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. BOX 1229
Philadelphia, PA 19105

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Ctr.
701 Market St.
Attn: Bankruptcy Dept.
Philadelphia, PA 19106

John and Regina O'Donnell
2548 S. Bancroft Street
Philadelphia, PA 19145

 /s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtors