## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Regina O'Donnell<br>John J. O'Donnell Jr.<br>                Debtors<br><br>MidFirst Bank<br>                Movant<br>vs.<br><br>Regina O'Donnell<br>John J. O'Donnell Jr.<br>                Debtors<br><br>William C. Miller Esq.<br>                Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-10006 MDC<br><br><br><br><br>11 U.S.C. Section 362 |

*without prejudice to any trustee rights or remedies

### STIPULATION TO WITHDRAW

**AND NOW**, by agreement of the parties, it is hereby **ORDERED** that Movant's Motion for Relief from the Automatic Stay, filed on February 10, 2017 as document number 28 and Movant's Motion for Relief, filed on May 10, 2018 as document number 33, are **WITHDRAWN**. All legal fees and costs in reference to these two motions have been waived by Movant. This Motion may be relisted for a hearing upon Movant filing a Praecipe to Relist if a new default of post-petition mortgage payments of at least two months occurs.

Date:  June 10, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire

Date: June 10, 2018

Michael A. Latzes
Attorney for Debtors

No Objection: [signature] 7/17/18
TRUSTEE

Approved by the Court this **23rd** day of _____**July**_____, 2018. However, the court retains discretion regarding entry of any further order.

_Magdeline D. Coleman_
_____
Bankruptcy Judge
Magdeline D. Coleman