United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John J. O'Donnell, Jr.
Regina O'Donnell
    Debtors

Case No. 16-10006-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jul 23, 2018
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.
db/jdb        +John J. O'Donnell, Jr.,   Regina O'Donnell,   2548 S. Bancroft Street,   Philadelphia, PA 19145-4516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
         MICHAEL A. LATZES    on behalf of Joint Debtor Regina   O'Donnell efiling@mlatzes-law.com
         MICHAEL A. LATZES    on behalf of Debtor John J. O'Donnell, Jr. efiling@mlatzes-law.com
         REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                            TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Regina O'Donnell<br>John J. O'Donnell Jr.<br>    Debtors | | CHAPTER 13 |
| MidFirst Bank<br>    Movant<br>vs.<br>Regina O'Donnell<br>John J. O'Donnell Jr.<br>    Debtors | | NO. 16-10006 MDC |
| William C. Miller Esq.<br>    Trustee | | 11 U.S.C. Section 362 |

*without prejudice to any trustee rights or remedies

## STIPULATION TO WITHDRAW

AND NOW, by agreement of the parties, it is hereby ORDERED that Movant's Motion for Relief from the Automatic Stay, filed on February 10, 2017 as document number 28 and Movant's Motion for Relief, filed on May 10, 2018 as document number 33, are WITHDRAWN. All legal fees and costs in reference to these two motions have been waived by Movant. This Motion may be relisted for a hearing upon Movant filing a Praecipe to Relist if a new default of post-petition mortgage payments of at least two months occurs.

Date:  June 10, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire

Date: June 10, 2018

Michael A. Latzes
Attorney for Debtors

No Objection: [signature] 7/17/18
TRUSTEE

Approved by the Court this 23rd day of _____July_____, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Magdeline D. Coleman