Certificate Number: 15317-PAE-DE-032450938

Bankruptcy Case Number: 16-10006



15317-PAE-DE-032450938

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 16, 2019</u>, at <u>6:28</u> o'clock <u>AM PDT</u>, <u>John J O'donnell Jr</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 16, 2019</u>          By:   <u>/s/Eric Reyes</u>

                                    Name: <u>Eric Reyes</u>

                                    Title: <u>Certified Counselor</u>

Certificate Number: 15317-PAE-DE-032450939

Bankruptcy Case Number: 16-10006



15317-PAE-DE-032450939

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 16, 2019, at 6:28 o'clock AM PDT, Regina O'donnell completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 16, 2019      By:    /s/Eric Reyes

Name: Eric Reyes

Title: Certified Counselor