United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10006-mdc
John J. O'Donnell, Jr.                                                    Chapter 13
Regina O'Donnell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi               Page 1 of 2          Date Rcvd: Jul 18, 2019
                              Form ID: 138NEW           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
```
db/jdb         +John J. O'Donnell, Jr.,    Regina O'Donnell,    2548 S. Bancroft Street,
                 Philadelphia, PA 19145-4516
13655582       +Central Credit Services,    P.O. BOX 1879,    Attn: Bankruptcy Dept.,
                 Saint Charles, MO 63302-1879
13655584       +Matthew K. Fissel, Esquire,    KML,    701 Market St., Suite 5000,    Philadelphia, PA 19106-1541
13714013       +MidFirst Bank,    999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051
13655585       +Midland Bank,    999 N.W. Grand Blvd., Suite 100,    Attn: Bankruptcy Dept.,
                 Oklahoma City, OK 73118-6051
13655586       +Morris Scott, Esquire,    Blatt, Hassenmiller, Leibsker & Moore,    1835 Market St., Suite 501,
                 Philadelphia, PA 19103-2933
13655588       +Penn Credit,   P.O. BOX 1259,    Dept. 91047,    Attn: Bankruptcy Dept.,    Oaks, PA 19456-1259
13664806       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13655589       +Portfolio Recovery Assoc.,    c/o Blatt, Hassenmiller, Leibsker,    1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
13744690        U S Department of Education,    P O Box 16448,    St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:47:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2019 02:47:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2019 03:00:44      Orion,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13655581       +E-mail/Text: bky@americanprofit.net Jul 19 2019 02:47:26      American Profit Recovery,
                 34405 W. 12 Mile Road, Suite 379,    Attn: Bankruptcy Dept.,    Farmington, MI 48331-5608
13734588        E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:45      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13655583       +E-mail/Text: electronicbkydocs@nelnet.net Jul 19 2019 02:47:21      Department of Ed/Nelnet,
                 3015 Parker Road, Suite 400,    Attn: Bankruptcy Dept.,    Aurora, CO 80014-2904
13655587       +E-mail/Text: Bankruptcies@nragroup.com Jul 19 2019 02:47:54      NTL Recovery aGency,
                 2491 Paxton Street,    Attn: Bankruptcy Dept.,    Harrisburg, PA 17111-1036
13729357        E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2019 03:00:43      OPS 2 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
14113800       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2019 03:11:54
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13655590        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2019 03:11:48
                 Portfolio Recovery Assoc.,    120 Corporate Blvd.,    Attn: Bankruptcy Dept.,
                 Norfolk, VA 23502
13728015        E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2019 03:00:44
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13744690        E-mail/Text: EDBKNotices@ecmc.org Jul 19 2019 02:46:48      U S Department of Education,
                 P O Box 16448,    St. Paul, MN 55116-0448
                                                                                              TOTAL: 13

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13655591       ##+Trident Asset Management,    5755 N. Point Pkwy., Suite 12,    Attn: Bankruptcy Dept.,
                 Alpharetta, GA 30022-1136
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Randi              Page 2 of 2                   Date Rcvd: Jul 18, 2019
                              Form ID: 138NEW          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor John J. O'Donnell, Jr. efiling@mlatzes-law.com
              MICHAEL A. LATZES    on behalf of Joint Debtor Regina  O'Donnell efiling@mlatzes-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John J. O'Donnell, Jr. and Regina O'Donnell

    Debtor(s)

Bankruptcy No: 16–10006–mdc
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 7/18/19

    47 – 46
    Form 138_new